IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MABEL PETERSEN, | CASE NO. 8:07CV350 |
| Plaintiff, | |
| V. | |
| | ORDER OF DISMISSAL |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court finds that motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal with Prejudice (Filing No. 12) is granted;

2. The Complaint is dismissed with prejudice; and

3. The parties will pay their own costs and attorneys' fees.

DATED this 16th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge